**SO ORDERED: January 15, 2021.**



**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF03470 (rev 10/2019)

In re:

**Mark Anthony Murphy**,
**Tamara Lynn Murphy**,
      Debtors.

Case No. **09−90340−AKM−13**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An Application for Payment of Unclaimed Funds was filed on January 14, 2021, for William D. Hart for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish the entitlement of the claimant(s) to the unclaimed funds.

**IT IS ORDERED** that the application is **GRANTED**.

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 2042, the held unclaimed funds be disbursed as follows:

    Amount:    $2,210.76
    Claimant(s):  William D. Hart
    Address:   3812 Rockdale Fellowship Rd, Mount Juliet, TN 37122

**NOTICE IS GIVEN** that the the Clerk will disburse these funds no earlier than **14 days** from the date of this order.

###