## Notice Recipients

District/Off: 0756−4　　　　　　　　　User: admin　　　　　　　　　　Date Created: 1/15/2021
Case: 09−90340−AKM−13　　　　　　　Form ID: pdfOrder　　　　　　　Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
9391074　　William Dwight Hart　　3812 Rockdale Fellowship Rd　　Mount Juliet, TN 37122

TOTAL: 1